GUTRIDE SAFIER LLP
SETH A. SAFIER (State Bar No. 197427)
MARIE A. MCCRARY (State Bar No. 262670)
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 336-6545
Facsimile:  (415) 449-6469

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALONDRA MERAZ and SHARYN BUKSBAUM, as individuals, on behalf of themselves, the general public and those similarly situated,<br><br>             Plaintiffs,<br><br>v.<br><br>PURELY ELIZABETH, LLC,<br><br>             Defendant, | Case No. 3:21-cv-04091-JD<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Honorable James Donato |

1 | Notice is hereby given pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure that Plaintiffs voluntarily dismiss the above-captioned litigation with prejudice. Any putative class member claims are dismissed without prejudice. Each party to bear its own attorneys' fees and costs.

Dated: July 29, 2021

Respectfully Submitted,

GUTRIDE SAFIER LLP

By: /s/Seth A. Safier/s/
Seth A. Safier (Bar No. 197427)

100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 271-6469
Facsimile: (415) 449-6469
seth@gutridesafier.com

*Attorneys for Plaintiffs Meraz & Buksbaum*